

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00312-CV

Luis and Janeth **MORENO**, individually and on behalf of their daughter G.M.,
Appellants

v.

Rosa **VIDA**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT000802 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellants' motion to dismiss is GRANTED and this appeal is DISMISSED. Costs of appeal are taxed against Appellants Luis and Janeth Moreno, individually and on behalf of their daughter, G.M.

SIGNED August 12, 2015.

_____
Karen Angelini, Justice